# United States Court of Appeals for the Federal Circuit

2010-1406

THE ASSOCIATION FOR MOLECULAR PATHOLOGY,
THE AMERICAN COLLEGE OF MEDICAL GENETICS,
THE AMERICAN SOCIETY FOR CLINICAL PATHOLOGY,
THE COLLEGE OF AMERICAN PATHOLOGISTS, HAIG KAZAZIAN, MD,
ARUPA GANGULY, PhD, WENDY CHUNG, MD, PhD, HARRY OSTRER, MD,
DAVID LEDBETTER, PhD, STEPHEN WARREN, PhD, ELLEN MATLOFF, M.S.,
ELSA REICH, M.S., BREAST CANCER ACTION,
BOSTON WOMEN'S HEALTH BOOK COLLECTIVE, LISBETH CERIANI,
RUNI LIMARY, GENAE GIRARD, PATRICE FORTUNE,
VICKY THOMASON, and KATHLEEN RAKER,

Plaintiffs-Appellees,

v.

UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendant,

and

MYRIAD GENETICS, INC.,

Defendant-Appellant,

and

LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE,
RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS,
THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG,
in their official capacity as Directors of the University of Utah Research Foundation,

Defendants-Appellants.

# Judgment

ON APPEAL from the     United States District Court for the
                      Southern District of New York

in CASE NO(S).        09-CV-4515

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED IN PART AND REVERSED IN PART**

ENTERED BY ORDER OF THE COURT

DATED  AUG 1 6 2012

_Jan Horbaly_/CMC
Jan Horbaly, Clerk

Issued as Mandate: OCT 1 2 2012
COSTS:
Printing .................................... $6,297.84
    Total............................. $6,297.84

Form 24

FORM 24. Bill of Costs

148

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): A: 2010-1406     Caption: B: Association for Molecular v. PTO

The Clerk is requested to tax the following costs against: C: Plaintiffs-Appellees

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | D: 450 | | 450.00 | $450.00 |
| Table of Designated Materials (original) | xxxxx | E: 0 | F: 0 | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | G: 0 | H: 0 | | 0.08 | | |
| Brief (original) | xxxxx | E: 77 | | 6.00 | 462.00 | $462.00 |
| Brief (cover and binding) | G: 16 | xxxxx | | 2.00 | 32.00 | 32.00 |
| Brief (copying and collating) | G: 16 | H: 77 | | 0.08 | 98.56 | 98.56 |
| Appendix (original - table of contents) | xxxxx | E: 7 | | 6.00 | 42.00 | 42.00 |
| Appendix (covers and binding) | G: 16 | xxxxx | | 2.00 | 32.00 | 32.00 |
| Appendix (copying and collating) | G: 16 | H: 3,051 | | 0.08 | 3,905.28 | 3,905.28 |
| Reply Brief (original) | xxxxx | E: 45 | | 6.00 | 270.00 | 270.00 |
| Reply Brief (covers and binding) | G: 78 | xxxxx | | 2.00 | 156.00 | 156.00 |
| Reply Brief (copying and collating) | G: 78 | H: 45 | | 0.08 | 280.80 | 280.80 |
| Other (describe): SEE ATTACHED | I: | J: | | 0.08 | | |
| GRAND TOTALS   Subtotal from Attachment: $569.20 | | | | | 6297.84 | $6297.84 |

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
AUG 30 2012
JAN HORBALY
CLERK

J. Benjamin 10/12/12

City/County of Washington ) District/State of D.C. ) SS

I, K: Jennifer L. Swize, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: Jennifer L Swize   Date: Aug. 30, 2012   Attorney for: L: Myriad Genetics, Defendant-Appellant

Reset Fields

United States Court of Appeals For The Federal Circuit
AUG 31 2012
RECEIVED FROM NIGHT BOX

Attachment to Form 24. Bill of Costs

Docket No: 2010-1406          Caption: Association for Molecular v. PTO

| ITEM | Number of Copies | Number of Pages | Actual Cost | Allowable Cost | Total Billed | Total Taxed |
|---|---|---|---|---|---|---|
| Supplemental Brief (original) | | 33 | | 6.00 | 198.00 | |
| Supplemental Brief (cover and binding) | 80 | | | 2.00 | 160.00 | |
| Supplemental Brief (copying and collating) | 80 | 33 | | 0.08 | 211.20 | |
| SUBTOTAL | | | | | 569.20 | |



byron s. adams | legal & commercial printers since 1872

## ITEMIZATION

Client:   Jones Day  
        51 Louisiana Avenue, NW  
        Washington, DC 20001  

        Contact Person: Adria Villar

Invoice Number: 026381  
Invoice Date:     10/25/10  
Date of Service:  10/22/10  
Order Number:   14105  
Terms:              Net 30

**FOR PRINTING SERVICES:**

35 copies -  United States Court of Appeals for the Federal Circuit, 2010-1406, BRIEF FOR THE APPELLANTS, *The Association for Molecular Pathology, et al. v. United States Patent and Trademark Office et al.*

**VOLUME 1**

| | | |
|---|---|---:|
| Cover: | up to first 50 copies | 88.00 |
| Second Side | up to first 50 copies | 55.00 |
| Print: | 35 copies, 339 pages @ $0.16 | 1898.40 |
| Bind: | 35 copies @ $ 4.25 each | 148.75 |
| Blue Sheets: 79 @ $.18 each | | 6.30 |
| Expedited Service | | 1098.23 |
| PDF File | | 25.00 |

Subtotal                                                   3319.68

**VOLUME 2**

| | | |
|---|---|---:|
| Cover: | up to first 50 copies | 88.00 |
| Second Side | up to first 50 copies | 55.00 |
| Print: | 35 copies, 709 pages @ $0.16 | 3970.40 |
| Bind: | 35 copies @ $ 4.25 each | 148.75 |
| Expedited Service | | 2131.08 |

Subtotal                                                   6393.23  
Delivery                                                    35.00

Tax                                                           584.88

**TOTAL**                                               **$10,332.79**



## ITEMIZATION

Client:  Jones Day  
      51 Louisiana Avenue, NW  
      Washington, DC 20001  

Contact Person: Adria Villar

Invoice Number: 026582  
Invoice Date:   12/23/10  
Date of Service: 12/22/10  
Order Number:  14299  
Terms:          Net 30

**FOR PRINTING SERVICES:**

100 copies - United States Court of Appeals for the Federal Circuit, 2010-1406, REPLY BRIEF FOR THE APPELLANTS, *The Association for Molecular Pathology, et al. v. United States Patent and Trademark Office et al.*

| | | |
|---|---|---:|
| Cover: | up to first 50 copies | 88.00 |
| Second Side | up to first 50 copies | 55.00 |
| Extra Covers | 50 X 2 sides @ 0.50/each | 50.00 |
| Print: | 100 copies, 45 pages @ $0.13 | 585.00 |
| Bind: | 100copies @ $ 3.60 each | 360.00 |
| Expedited Service | | 569.00 |

Subtotal     1707.00

Delivery     25.00  
Tax     103.92

**TOTAL**     **$ 1,835.92**



## ITEMIZATION

Client:  Jones Day  
       51 Louisiana Avenue, NW  
       Washington, DC 20001  

Contact Person: Adria Villar

Invoice Number: 028060  
Invoice Date:    6/18/12  
Date of Service: 6/15/12  
Order Number:   15768  
Terms:           Net 30  

### FOR PRINTING SERVICES:

85 copies -  United States Court of Appeals for the Federal Circuit, 2010-1406, SUPPLEMENTAL BRIEF FOR THE APPELLANTS, *The Association for Molecular Pathology, et al. v. United States Patent and Trademark Office et al.*

| | | |
|---|---|---:|
| Cover: | up to first 50 copies | 88.00 |
| Second Side: | up to first 50 copies | 55.00 |
| Extra covers: | 35 covers (2 sided) @ $.50 | 35.00 |
| Print: | 85 copies, 33 pages @ $0.16 | 448.80 |
| Bind: | 85 copies @ $ 4.35 each | 369.75 |
| Expedited Service | | 498.28 |
| | | |
| Subtotal | | 1494.83 |
| | | |
| Delivery | | 35.00 |
| Tax | | 91.79 |
| | | |
| **TOTAL** | | **$1,621.62** |

**INVOICE**

# WILSON-EPES PRINTING CO., INC.

*LEGAL AND COMMERCIAL PRINTING SINCE 1941*

**775 H ST., NE**         **TEL: 202-789-0096**         **WASHINGTON, DC 2000**
                          **FAX: 202-842-4896**

JONES DAY
51 LOUISIANA AVENUE, NW
WASHINGTON, D.C. 20001-2113


ATTN: ADRIA R. VILLAR, ESQ.

   INVOICE #: 22753                              03/28/11

---

**TERMS: Due Upon Receipt**

---

   20   2D REPRINT VOLS 3-6 FEDERAL CIRCUIT APP.          10,371.20
        (ASSOCIATION OF MOLECULAR PATHOLOGY....)
                                6.00% Sales Tax:             622.27
                                                        ------------
                                     Total Due:           10,993.47

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing Bill of Costs was served by UPS (overnight delivery) on August 30, 2012, upon the following principal counsel for Plaintiffs-Appellees:

>Christopher A. Hansen, Esq.
>American Civil Liberties Union
>125 Broad Street
>18th Floor
>New York, New York 10004
>*Counsel for Plaintiffs-Appellees*

Jennifer L. Swize
*Attorney For Appellants*

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113
TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879-5417
jswize@JonesDay.com

August 30, 2012

RECEIVED
FROM NIGHT BOX

AUG 31 2012

United States Court of Appeals
For The Federal Circuit

VIA HAND DELIVERY

Mr. Jan Horbaly
Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Re: Association for Molecular Pathology v. PTO, 2010-1406

Dear Mr. Horbaly:

Enclosed please find Defendant-Appellant Myriad Genetic, Inc.'s bill of costs, filed on August 30, 2012. An original and three copies for the Court are provided. Also enclosed is an additional copy. Please date-stamp the additional copy and return to me by the enclosed envelope.

Thank you very much.

Respectfully submitted,

Jennifer L. Swize
*Attorney for Defendants-Appellants*

cc: Christopher A. Hansen, Esq.

ALKHOBAR • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI
DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON